UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


KLAMATH-SISKIYOU WILDLANDS
CENTER,

                **Plaintiff,**

                v.                                                    Civil No. 02-3062-HO

BUREAU OF LAND MANAGEMENT,

                **Defendant.**

---

## ORDER

Attorney fees and expenses in the amount of $70,000.00 are hereby awarded to Plaintiff pursuant to 28 U.S.C. §2412(d).

Dated: May 12, 2005.

                                        /s/ Michael Hogan
                              United States District Judge